UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60279-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

POMPANO HELICOPTERS, INC., et al.,

    Defendants.
_____/

### ORDER ADOPTING APRIL 21, 2009 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING DEFENDANT'S MOTIONS TO DISMISS

**THIS CAUSE** is before the court upon: 1) defendants' motion to dismiss mail fraud counts as time-barred [DE # 40]; 2) defendants' motion to dismiss Count 3 based upon improper venue [DE # 42]; 3) defendants' motion to dismiss the indictment for pre-indictment delay [DE # 44]; 4) defendants' motion to dismiss Counts 1 and 2 for failure to state an offense [DE # 54]; and 5) defendants' motion to dismiss the indictment, or for alternative relief, based upon the government's destruction of evidence [DE # 72]; as well as the report and recommendation of U.S. Magistrate Judge Ann E. Vitunac [DE # 84], entered April 21, 2009, recommending that the defendants' motions be denied. Defendants filed an objection to the magistrate judge's report [DE # 89].

Pursuant to 28 U.S.C. § 636(b)(1), the district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1). The statute requires that objections be filed within ten days of service of the report and recommendation. *See* 28

Order Adopting Report and Recommendation and Denying Defendants' Motions to Suppress
United States v. Pompano Helicopters, Inc. et al.
Case No. 08-60279-CR-HURLEY/VITUNAC

U.S.C. § 636(b)(1).

After due consideration of the magistrate judge's report and the defendants' objections, it is hereby **ORDERED** and **ADJUDGED** that:

1. Defendants' objection [DE # 89] is **OVERRULED**.

2. The report and recommendation of the United States Magistrate Judge [DE # 84] is **ADOPTED** in its entirety and incorporated herein by reference.

3. Defendants' motion to dismiss mail fraud counts as time-barred [DE # 40] is **DENIED**.

4. Defendants' motion to dismiss Count 3 based upon improper venue [DE # 42] is **DENIED**.

5. Defendants' motion to dismiss the indictment for pre-indictment delay [DE # 44] is **DENIED**.

6. Defendants' motion to dismiss Counts 1 and 2 for failure to state an offense [DE # 54] is **DENIED**.

7. Defendants' motion to dismiss the indictment, or for alternative relief, based upon the government's destruction of evidence [DE # 72] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 21ST day of May, 2009.

_____
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
United States Magistrate Judge Ann E. Vitunac

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts